MN,ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
11 JUN -8 AM 9: 27
BANKRUPTCY COURT
MINNEAPOLIS, MN

<u>Unclaimed Dividends/Distribution Less Than $5</u>
<u>For Deposit To Registry Fund</u>

Debtor:  Ruth Ann Bolton
Chapter 7 Case No. 09-42796

Please Check One:
_ Unclaimed Dividends

X Distribution Less Than $5

| Name & Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Kids Love Stickers Medibadge Inc. P O Box 12307 Omaha, NE 68112 | 3 | $51.55 | $0.56 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

DATE: June 7, 2011

/e/ Brian F. Leonard
Brian F. Leonard, Trustee
100 S. Fifth Street, Ste.2500
Minneapolis, MN 55402
(612) 332-1030

356179